UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Dr. Sonya D. Melton, ) | C/A No.  3:10-1361-JFA-PJG |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | ORDER |
| Allen University; Seventh District African ) | |
| Methodist Episcopal Church; and Dr. Charles ) | |
| E. Young, in his official and individual ) | |
| capacities, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The plaintiff, Dr. Sonya D. Melton, brings this action pursuant to Title VII of the Civil Rights Act of 1964 as amended, and 42 U.S.C. § 2000e, et seq.

The Magistrate Judge assigned to this action[1] has prepared a Report and Recommendation wherein she suggests that defendant Seventh District African Methodist Episcopal Church's motion to dismiss should be terminated as moot.

The parties were advised of their right to file objections to the Report and Recommendation which was entered on the docket on January 6, 2011. Neither party has objected to the Report. In the absence of specific objections to the Report of the Magistrate

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the Report to which specific objection is made and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1).

Judge, this court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

After review of the record, the applicable law, and the Report and Recommendation, the court finds the Magistrate Judge's recommendation proper and incorporated herein by reference. Accordingly, the motion to dismiss by defendant Seventh District African Methodist Episcopal Church (ECF No. 17) is terminated as moot and this matter is returned to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.* (signature)

Joseph F. Anderson, Jr.
United States District Judge

January 27, 2011
Columbia, South Carolina